**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2608

Richard L. Mudge,        *
       *
         Plaintiff - Appellant,    *
       * Appeal from the United States
    v.                  * District Court for the
       * District of Minnesota.

Kenneth S. Apfel, Commissioner of    *
Social Security,[*]            *
       *    [UNPUBLISHED]
         Defendant - Appellee.    *

_____

Submitted: January 19, 1998
Filed: January 29, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

      Richard L. Mudge appeals the district court's[1] decision granting summary judgment to the Commissioner and affirming the Commissioner's decision to deny

---

      [*]Kenneth S. Apfel has been appointed to serve as Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

      [1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable John M. Mason, United States Magistrate Judge for the District of Minnesota.

Mudge disability insurance benefits and supplemental security income. Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court for the reasons set forth in the magistrate judge's report. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.